

# OHIO CIVIL RIGHTS COMMISSION

Governor Mike DeWine
Commissioners: Valerie A. Lemmie, Chair | Lori Barreras | William Patmon, III | Madhu Singh | Charlie Winburn
Executive Director Angela Phelps-White

February 29, 2024             *Date Mailed: February 29, 2024*

Thomas Wurm             Leslie Erwin, Chief Human Resources Officer
191 Sycamore Street             Heidelberg University
Tiffin, OH 44883             310 East Market Street
            Tiffin, OH 44883

## LETTER OF DETERMINATION
Thomas Wurm v. Heidelberg University
TOLA2(003268)11162023/22A-2024-00551C

**FINDINGS OF FACT:**
Charging Party filed a charge of discrimination with the Ohio Civil Rights Commission alleging Respondent engaged in an unlawful discriminatory practice. All jurisdictional requirements for filing a charge have been met.

Prior to the conclusion of the investigation, Charging Party requested a Notice of Right to Sue. As a result, the Commission is issuing a Notice of Right to Sue per Charging Party's request and administratively closing the case.

**DECISION:**
The Commission **ADMINISTRATIVELY CLOSES** this matter and orders the case **DISMISSED**.

Charging Party, please refer to the enclosed **NOTICE OF RIGHT TO SUE** for additional information on Charging Party's suit rights.

**NOTICE OF RIGHT TO PETITION FOR JUDICIAL REVIEW:**
A determination of the Commission that constitutes a Final Order is subject to judicial review, wherein the court reviews the contents of this letter and determines if there are sufficient factual findings supporting why the Commission did not issue a complaint. A petition for judicial review must be filed in the proper common pleas court within **THIRTY (30) days** of the date the Commission mailed this Final Order. The right to obtain judicial review and the mode and procedure thereof is set forth in Ohio Revised Code § 4112.06.

The judicial review process is not a means to reexamine the investigation or further pursue your allegations through the Commission. You may consult with an attorney for information on available options.

A Probable Cause finding is not a Final Order and is not subject to judicial review by a court. All other determinations of the Commission constitute a Final Order and are subject to judicial review by a court.

---

Thomas Wurm v. Heidelberg University
TOLA2(003268)11162023/22A-2024-00551C
**Page 2**

FOR THE COMMISSION,

*Stacy A. Latta*
Stacy A. Latta
Regional Director
stacy.latta@civ.ohio.gov

cc: Representative for Charging Party:
Francis J. Landry, Esq.
Wasserman, Bryan, Landry & Honold, LLP
1090 West South Boundary Suite 500
Perrysburg, OH 43551
FLandry308@aol.com

Representative for Respondent:
Liam H. McMillin, Esq.
Erin E. Butcher, Esq.
Bricker Graydon LLP
312 Walnut Street
Suite 1800
Cincinnati, OH 45202
LMcMillin@brickergraydon.com

# OHIO CIVIL RIGHTS COMMISSION

**Board of Commissioners:**
Valerie A. Lemmie, Chair
Lori Barreras
William W. Patmon, III
Madhu Singh
Charlie Winburn



Angela Phelps-White,
Executive Director

| | |
|---|---|
| **Charging Party,** | ) |
| Thomas Wurm | ) |
| **v.** | ) **Charge No.** |
| | ) TOLA2(003268)11162023 |
| **Respondent,** | ) 22A-2024-00551 |
| Heidelberg University | ) |

## NOTICE OF RIGHT TO SUE

Pursuant to Ohio Revised Code 4112.051, you may file a civil action against the Respondent(s) alleging a violation of Ohio Revised Code 4112. The lawsuit may be filed in any State of Ohio court that has jurisdiction over the matter. Ohio Revised Code 4112.052 and 4112.14 provides that such a civil action must be filed within two years after the date of the alleged discriminatory practice. The time period to file a civil action is tolled during the pendency of the Commission investigation. You are advised to consult with an attorney to determine with accuracy the date by which a civil action must be filed. FOR FEDERAL COURT FILINGS: Notices of Right to Sue under federal law will be issued by the EEOC.

FOR THE COMMISSION

*Stacy A. Latta*

Stacy A. Latta
Toledo Regional Director
640 Jackson St., Suite 936
Toledo, OH 43604
(419) 245-2900

Date mailed: **February 29, 2024**