UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Thomas Wurm,

                Plaintiff,         Case No. 3:24-cv-573

   -vs-

                                  <u>CASE MANAGEMENT
                                  CONFERENCE ORDER</u>

Heidelberg University,

                Defendant.

1.    The case management conference was conducted on July 2, 2024

2.    After consultation with counsel, I set this case to proceed on the standard track.

3.    Deadline for amending pleadings and adding parties: August 1, 2024

4.    Discovery:

      a.    Rule 26(a) disclosures: July 31, 2024

      b.    Liability discovery: February 28, 2025

      c.    Damages discovery: February 28, 2025

      d.    Plaintiff's disclosure report(s): December 6, 2024

      e.    Defendant's disclosure report(s): January 6, 2025

      f.    Expert discovery: February 28, 2025

5.    Discovery disputes: No motion relating to discovery may be filed unless the parties, as required by Local Rule 37.1, have undertaken in good faith to resolve discovery disputes. If counsel cannot resolve a discovery dispute despite their good faith efforts, they should email me a joint letter (Helmick_Chambers@ohnd.uscourts.gov) summarizing the nature of the dispute and the efforts to

resolve it. After I review the submission, my chambers will contact counsel regarding next steps toward resolution.

6. Inadvertent Disclosure: Pursuant to Evidence Rule 502(d), an inadvertent disclosure of a communication or information covered by the attorney-client privilege or work-product protection made in connection with this litigation shall not constitute a waiver of that privilege or protection in this or any other federal or state proceeding.

7. The parties have agreed to a method for conducting discovery of electronically-stored information.

8. Without leave of Court, no discovery material shall be filed, except as necessary to support dispositive motions.

9. Dispositive motions: to be determined.

10. All documents must be filed as PDF documents in text searchable format. All exhibits must be specifically identified. If exhibits are merged into a single PDF, each exhibit within that PDF must be bookmarked. Failure to comply with these requirements will result in the Clerk's Office marking the document(s) as a filing error and counsel will be required to re-file said document to be in compliance with this order.

It is So Ordered.

      s/ Jeffrey J. Helmick
United States District Judge